UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Able Home Health, LLC
                           Plaintiff,

v.                                            Case No.: 1:14–cv–05615
                                                Honorable Edmond E. Chang

MSC Group, Inc., et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 26, 2017:

      MINUTE entry before the Honorable Edmond E. Chang: Plaintiff's unopposed extension motion [77] to accomplish and to file the final accounting is granted to 04/10/2017. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.